## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS McGREW** | **CIVIL ACTION** |
| **VERSUS** | **NO.  09-6515** |
| **EDWARD A. DUFRESNE, JR., ET AL.** | **SECTION "N" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections, the Supplemental Objections, and the Exhibits (Rec. Doc. Nos. 35, 36, and 37) to the Magistrate Judge's Report and Recommendation filed by the Plaintiff,  hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that McGrew's § 1983 Complaint filed against Judge Edward A. Dufresne, Jr., Judge Thomas J. Kliebert, Judge H. Charles Gaudin, Judge Thomas C. Wicker, Jr., Judge Sol Gothard, Jude James L. Canella, Judge Marion Edwards, Judge Wally Rothschild, Judge Grisbaum, Peter J. Fitzgerald, Daniel Clavier, the estate of Jerrold J Peterson, "Tina Doe," "Roz Doe," Steve Sheckman, and the nine unidentified members of the Judiciary Commission is **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and otherwise for seeking relief against an immune defendant pursuant 28 U.S.C. §§ 1915 and 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**